# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCEAN TOWERS HOUSING CORP., <br><br> Plaintiff, <br><br> v. <br><br> EVANSTON INSURANCE CO., <br><br> Defendant. | Case No.: CV 15-6461 DSF (Ex) <br><br> AMENDED JUDGMENT |

The Court having granted defendant's motion for summary judgment, IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed with prejudice, and that defendant recover its costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920. It is further declared that defendant is not obligated to defend or indemnify plaintiff for the cases Seif Ascar v. U.S. Bank, N.A., Case No. CV 13-7496 DSF (VBKx) (C.D. Cal.); U.S. Bank, N.A. v. Ocean Towers Housing Corp., Case No. CV 14-6017 DSF (VBKx) (C.D. Cal.); U.S. Bank, N.A. v. Ocean Towers Housing Corp., Case No. SC123432 (L.A. Sup. Ct.); Seif Ascar v. Cenlar FSB, Case No. SC121467 (L.A. Sup. Ct.); and Reach v. Spahi, Case No. SC124263 (L.A. Sup. Ct.).

Dated: 11/20/17

Dale S. Fischer
United States District Judge